No. 5150.—GUTIÉRREZ COMAS VDA. CROSAS, aplte., v. LONGPRÉ BENÍTEZ ET ALS., apldos.—C. D. San Juan. ▆▆▆▆▆▆▆ ▆▆▆▆—Marzo 16, 1933.

Por los fundamentos consignados en la opinión emitida en el caso de *Carmen Gutiérrez Vda. de Crosas, demandante y apelada,* v. *María Longpré Benítez et als.,* No. 5186, resuelto en el día de hoy, se declara sin lugar la apelación interpuesta por la demandante contra la sentencia dictada por la Corte de Distrito de San Juan en agosto 17, 1929.

No. 5962.—TORRES DEL VALLE, ET AL., aplte., *v.* CAGUAS SUGAR CO., INC., ET AL., apldos.—C. D. Humacao. ▆▆▆▆▆▆▆▆ Febrero 23, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, el único señalamiento de error es:

"La Corte de Distrito de Humacao erró al resolver que era de aplicación al presente caso la disposición contenida en el artículo 27 de la ley sobre corporaciones privadas."

POR CUANTO, el argumento en apoyo de dicha contención se funda en hechos que los apelantes admiten no constan en los autos.

POR TANTO, se confirma la resolución apelada que dictó la Corte de Distrito de Humacao en enero 5, 1932.